UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 14cr3457-GPC |
|---|---|
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE PRE-SENTENCE REPORT OBJECTIONS LATE** |
| vs. | |
| JORGE MANUEL LARA ARMENDARIS, | [ECF No. 30] |
| Defendant. | |

On May 6, 2015, Defendant Jorge Manuel Lara Armendaris filed a motion requesting leave to file his pre-sentence report objections late. (ECF No. 30.) Defendant attached his objections to the motion. (*Id.*)

By Defendant's own admission, the objections were due on April 6, 2015. (*Id.*) Defendant highlights the fact that the sentencing hearing originally set for May 1, 2015, was continued to May 15, 2015, but this affords Defendant no excuse for his tardiness as the hearing was not continued until May 1, 2015 – several weeks *after* his objections were due. (*See* ECF No. 29.)

///
///
///
///

Finding no good cause for Defendant's failure to file is objections by the deadline, the Court **DENIES** Defendant's motion. However, the Court confirms its previous order directing the Government to file a sentencing memorandum addressing the <u>Rendon v. Holder</u>, 764 F.3d 1077 (9th Cir. 2014) issue on or before May 8, 2015.

**IT IS SO ORDERED.**

DATED: May 7, 2015

HON. GONZALO P. CURIEL
United States District Judge